NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT


KA03-0628

STATE OF LOUISIANA

VERSUS

DOFFIE ROBINSON


**********

APPEAL FROM THE
TENTH JUDICIAL DISTRICT COURT
PARISH OF NATCHITOCHES, NO. 97-8102
HONORABLE ERIC R. HARRINGTON, DISTRICT JUDGE


**********

JIMMIE C. PETERS
JUDGE

**********

Court composed of Sylvia R. Cooks, John D. Saunders, and Jimmie C. Peters, Judges

AFFIRMED.  MOTION TO WITHDRAW GRANTED.


**Van H. Kyzar**
**District Attorney, 10ᵗʰ JDC**
**P. O. Box 838**
**Natchitoches, LA  71458-0838**
**(318) 357-2214**
**COUNSEL FOR APPELLEE:**
    **State of Louisiana**

**Edward K. Bauman**
**Louisiana Appellate Project**

**P. O. Box 1641**
**Lake Charles, LA  70602**
**(337) 491-0570**
**COUNSEL FOR DEFENDANT/APPELLANT**:
      **Doffie Robinson**